THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY R. THOMAS, Appellant. [625 NYS2d 990] —Judgment unanimously affirmed. Memorandum: The record does not support the contention that the sentencing court should have granted defendant youthful offender status, and we decline to disturb the court's discretionary determination (see, People v Pappas, 198 AD2d 918). Defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of Genesee County Court, Morton, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Fallon, Wesley, Callahan and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER J. KESTLER, Appellant. [625 NYS2d 990] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Fallon, Wesley, Callahan and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FOWLKS, SR., Appellant. [625 NYS2d 991] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Forged Instrument, 3rd Degree.) Present—Green, J. P., Fallon, Wesley, Callahan and Balio, JJ.

ROCCO FIALA, JR., et al., Respondents, v NATIONAL SCHOOL BUS SERVICE, INC., et al., Appellants. (Appeal No. 2.) [625 NYS2d 968] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Kehoe, J.—Set Aside Verdict.) Present—Green, J. P., Fallon, Wesley, Callahan and Balio, JJ.